**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

PARTH SHELADIA,

     Plaintiff,

v.                                    No. 2:26-cv-00201-MLG-GBW

KRISTI NOEM, Secretary of U.S. Department
of Homeland Security; JOSEPH B. EDLOW,
Director, U.S. Citizenship and Immigration
Services; PAMELA BONDI, Attorney General
of the United States; U.S. DEPARTMENT OF
HOMELAND SECURITY; U.S. CITIZENSHIP
AND IMMIGRATION SERVICES; DIRECTOR,
USCIS ALBUQUERQUE FIELD OFFICE,

     Defendants.

**ORDER GRANTING UNOPPOSED
<u>MOTION TO DISMISS THE CASE AS MOOT</u>**

This matter is before the Court on Defendants' Unopposed Motion to Dismiss the Case as Moot ("Motion"), Doc. 11, filed April 14, 2026. Plaintiff Parth Sheladia's Complaint for Writ of Mandamus ("Complaint"), Doc. 1, sought an order compelling Defendants to adjudicate Sheladia's I-30 Petition for Alien Relative. Doc. 1 at 1. Defendant United States Citizenship and Immigration Services ("USCIS") adjudicated the I-30 Petition in early April 2026. Doc. 11 at 1. Defendants argue that USCIS's action rendered the Complaint moot. *Id.* at 1. The Court agrees. *See Kansas Jud. Rev. v. Stout*, 562 F.3d 1240, 1246 (10th Cir. 2009) ("When it becomes impossible for a court to grant effective relief, a live controversy ceases to exist, and the case becomes moot." (citation omitted)). Accordingly, this case must be dismissed for lack of subject matter jurisdiction. *See Eaves v. Polis*, 167 F.4th 1304, 1310 (10th Cir. 2026). Pursuant to Federal Rule of Civil Procedure 12(b)(1), this civil action shall be dismissed without prejudice. *See Brereton v. Bountiful*

*City Corp.*, 434 F.3d 1213, 1218 (10th Cir. 2006) (providing that "dismissals for lack of jurisdiction should be without prejudice"). A final judgment will be entered separately.

It is so ordered.

_____
UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA

2